**Form 4-1**

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| **QUADRATEC, INC.,** | ) | **COURT NO.: 20-03894** |
| **PLAINTIFF,** | ) | |
| vs. | ) | |
| **UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. Trade Representative; U.S. CUSTOMS AND BORDER PROTECTION; MARK A. MORGAN, Acting Commissioner U.S. Customs and Border Protection,** | ) | **SUMMONS** |
| **DEFENDANTS** | ) | |

**TO:** The Above-Named Defendants

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**/s/ Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number, and
E-mail Address of Plaintiff's Attorney

December 10, 2020                  /s/*Lizbeth R. Levinson*
Date

Lizbeth R. Levinson
Ronald M. Wisla
Brittney R. Powell
Joseph W. Rohe

**FOX ROTHSCHILD LLP**
Suite 380 East
1030 15th Street, NW
Washington, DC  20005
 Tel:    (202) 794-1182
 Fax:    (202) 461-0302
 Email:  llevinson@foxrothschild.com
         rwisla@foxrothschild.com
         bpowell@foxrothschild.com
         jrohe@foxrothschild.com

*Counsel to Plaintiffs*